THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #205
Orland, CA 95963
Telephone: 415-389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
JAIME RANBERG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RANBERG,<br><br>Plaintiff,<br><br>v.<br><br>CROSSROADS SPECIALITY FOODS;<br>HANI HADDAD AND NADIA HADDAD<br>TRUSTEES OF THE HANI HADDAD<br>TRUST DATED 5/21/1993;<br><br>Defendants, | CASE NO. 3:18-CV-05618-CRB<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED ORDER] ORDER** |

The parties, by and through their respective counsel, stipulate to dismissal on this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2), including all pending cross-claims. Outside of the terms of the Settlement Agreement and Releases In Full ("Agreement") herein, each party is to bear its own costs and attorney fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with

prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 22, 2019    Thomas E. Frankovich
*A Professional Law Corporation*

By: _/s/ Thomas E. Frankovich_
Thomas E. Frankovich
Attorney for Plaintiff JAIME RANBERG

Dated: April 22, 2019    Richard Morin
Law Office of Rick Morin, PC

By: _/s/ Rick Morin_

Rick Morin
Attorney for Defendant CROSSROADS SPECIALTY FOODS; HANI HADDAD AND NADIA HADDAD; HOSSEIN BANEJAD AND RUTH BANEJAD

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: April 23, 2019    _____

Hon. Judge Charles R. Breyer